**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------

**UNITED STATES,**

       - against -                  **08 Cr. 578 (JGK)**

**NAHUM GOICOCHEA,**                **MEMORANDUM OPINION AND ORDER**

            **Defendant.**
-----------------------------------

**JOHN G. KOELTL, District Judge:**

    The defendant requests that this Court terminate his supervised release pursuant to 18 U.S.C. § 3583(e)(1). The application is granted.

    The defendant completed a four year term of imprisonment and has completed approximately four years of his five year term of supervised release. He appears to have performed admirably during the term of his supervised release and has obtained a certificate of relief from disabilities from the State of New York. He has been gainfully employed while on supervised release and his supervised release status may hamper the defendant from obtaining certain other employment possibilities.

    The defendant has submitted strong letters of support from people whom he has assisted and the Government and the Probation Officer do not oppose the defendant's application. The sentence that the defendant has served thus far is sufficient but no

greater than necessary to satisfy the relevant purposes of sentencing under 18 U.S.C. § 3583(a).

Under all of the circumstances, it is in the interest of justice that the defendant's term of supervised release by terminated.  Therefore, the defendant's application is granted and his term of supervised release is terminated.

**SO ORDERED.**

**Dated:    New York, New York**
**          November 3, 2014**                  _____/s/_____
                                                 **John G. Koeltl**
                                                 **United States District Judge**